Argued and submitted July 13, reversed and remanded for reconsideration
October 18, 1995

EMPLOYMENT DEPARTMENT,
*Petitioner,*

*v.*

ROBERT F. WUNSCH
and Salem-Keizer School District #24J,
*Respondents.*

(94-AB-1432, 94-AB-978, 94-AB-2418; CA A84916)

904 P2d 1085

![black bar]

Michael C. Livingston, Assistant Attorney General, argued the cause for petitioner. With him on the briefs were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Conrad E. Yunker argued the cause for respondent Salem-Keizer School District #24J. With him on the briefs was Kevin L. Mannix, P.C.

Respondent Robert F. Wunsch, *pro se*, waived appearance.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Salem-Keizer School Dist. #24J v. Employment Dept.*, 137 Or App 320, 904 P2d 1082 (1995).